UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-CV-61800-WPD

DWIGHT REED,

        Plaintiff,

vs.

FLORIDA COMMUNITY BANK, N.A.,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the court on the Parties' Stipulation of Dismissal with Prejudice [DE 15]. The Court has carefully reviewed said Stipulation, the court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED**, as follows**:**

1. The Stipulation [DE 15] is hereby approved;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot;

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of December, 2015.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record